United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 22, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION.**

| | |
|---|---|
| **OSVALDO SEGURA** and<br>**NANCY SEGURA,**<br>DEBTORS. | **CASE NO. 24-31534.**<br>**CHAPTER 7 BANKRUPTCY.** |
| **OSVALDO SEGURA** and<br>**NANCY SEGURA,**<br>PLAINTIFFS.<br><br>vs.<br><br>**CROWN ASSET MANAGEMENT, LLC,**<br>DEFENDANT. | **AP NO. 26-03211.** |

**ORDER CLOSING ADVERSARY PROCEEDING.**

The Court finds that the Plaintiffs have filed a Notice of Voluntary Dismissal of Adversary Proceeding with prejudice pursuant to F.R.Civ.P. 41 as made applicable herein pursuant to F.R.Bankr.P. 7041. Accordingly,

**IT IS ORDERED** that the Complaint is dismissed with prejudice.

**IT IS FURTHER ORDERED** that all matters before this Court in this adversary proceeding are now deemed moot. The Clerk shall close adversary proceeding.

Signed: September 22, 2026

Christopher Lopez
United States Bankruptcy Judge